**Glenn Ronald WAITE, MD, Appellant,**

v.

**Douglas D. DeLAIR; Delair & Delair, Appellees.**

**No. 08–3571.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 19, 2009.

Filed: Oct. 22, 2009.

Glenn Ronald Waite, MD, Eureka, NV, pro se.

Douglas Dale Delair, Vincent M. Powers, Vincent M. Powers & Associates, Lincoln, NE, for Appellees.

Delair & Delair, pro se.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Glenn Waite appeals the district court's [1] denial of his motion for declaratory relief.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Upon careful review of the record, *see Frulla v. CRA Holdings Inc.,* 543 F.3d 1247, 1251 (11th Cir.2008) (standard of review), including Waite's prior unsuccessful appeal, *see Waite v. DeLair,* 3 Fed.Appx. 574 (8th Cir.2001) (unpublished per curiam), we conclude that the instant appeal is governed by the law-of-the-case doctrine, *see Jones v. United States,* 255 F.3d 507, 510 (8th Cir.2001) (all issues decided by appellate court become law of the case; this rule extends not only to actual holdings but also to all issues implicitly settled in prior holdings); *United States v. Bartsh,* 69 F.3d 864, 866 (8th Cir.1995) (law-of-the-case doctrine prevents relitigation of settled issue in case and requires courts to adhere to decisions made in earlier proceedings). Accordingly, we affirm.